THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH SULLIVAN, Appellant, against ROBERT H. BARR, as Warden of the City Prison of the City of New York, et al., Respondents.

(Argued October 5, 1932; decided October 25, 1932.)

*A. H. F. Seeger* and *Joseph Shalleck* for appellant.

*John J. Bennett, Jr., Attorney-General (John T. Cahill* of counsel), for respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.  Not sitting: CROUCH, J.